82 F.3d 408
 Witco Corporation
v.
Travelers Indemnity Company, Insurance Company of North
America, Central National Insurance Company of Omaha, Aetna
Casualty and Surety Company, Alliance Insurance Company,
Allianz Underwriters Insurance Company, Allstate Insurance
Company, successor in interest to Northbrook Excess and
Surplus Insurance Company, Associated International
Insurance Company, California Union Insurance Company,
Columbia Casualty Company, Employers Mutual Casualty
 NO. 94-5568
 United States Court of Appeals,
Third Circuit.
 Mar 18, 1996
 Appeal From: D.N.J., No. 93-cv-4709
 
 1
 AFFIRMED.